■ In the Matter of MOE SMITH, as Chairman of the Liberal Party County Committee of Putnam County, Respondent. W. CLARK RUFFLES et al., Appellants; ANTHONY J. BOSCO et al., as Commissioners of Elections of Putnam County, Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ GREGG JUAREZ, Appellant, v. FREDERICKA A. JUAREZ, by Her Guardian ad Litem, JEAN L. INGRAM, Respondent.— In an action for a separation, the appeals are (1) from an order entered December 18, 1958 directing appellant to pay respondent $2,500 counsel fees and $1,000 expenses for defending the action and (2) from an order entered March 11, 1959 directing appellant to pay respondent the printing expenses and a $600 counsel fee upon the appellant's appeal from the order entered December 18, 1958. Orders affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ MARGARET LOPOCZYK et al., Appellants, v. MARIE MCINTYRE, Doing Business as MARIE'S BEAUTY SALON, et al., Respondents, et al., Defendants.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeal is from an order granting respondents' motions to dismiss the complaint for lack of prosecution and a motion to dismiss the cross complaint of the respondent McIntyre against the respondent Sampino. Order insofar as it dismisses the complaint affirmed, with $10 costs and disbursements. No opinion. Appeal from order insofar as it dismisses the cross complaint dismissed, without costs. The appellants are not aggrieved by the dismissal of the cross complaint. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ BERT LUDVIGSEN, Appellant, v. LEE & SIMMONS, INC., Respondent, and NATIONAL SUGAR REFINING COMPANY, Respondent-Appellant. NATIONAL SUGAR REFINING COMPANY, Third-Party Plaintiff-Appellant, v. JARVIS SHIPPING CORPORATION et al., Third-Party Defendants-Respondents.— In an action to recover damages for personal injuries, the complaint was dismissed at the close of the plaintiff's case and the court thereupon dismissed the cross complaint and the third-party complaint of the National Sugar Refining Company. Plaintiff appeals from so much of the judgment entered thereon as dismisses the complaint. Defendant and third-party plaintiff National Sugar Refining Company appeals, as limited by its brief, from so much of said judgment as dismisses the cross complaint and third-party complaint. Judgment unanimously affirmed, with one bill of costs to respondents Lee & Simmons, Inc., and National Sugar Refining Company, payable by appellant Ludvigsen. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BARTOLILLO, Appellant.— Appeal (1) from a judgment of the County Court, Kings County, rendered May 6, 1957, sentencing appellant, after he had been found guilty by a jury of grand larceny in the first degree, to serve from 6 to 10 years as a second felony offender, and (2) from each and every intermediate order therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.